UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

E. J. CROWELL,

          Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

          Defendant.

Case No.  C07-5575 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that an application to proceed in forma pauperis be denied. Plaintiff has not filed an objection.

The Court, having reviewed the Report and Recommendation, Plaintiff's application to proceed *in forma pauperis* and the remaining record, hereby finds and ORDERS:

(1)    The Magistrate Judge's report and recommendation is approved and adopted;

(2)    Plaintiff's application to proceed *in forma pauperis* is DENIED;

(3)    Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within 30 days of the date of this Order, otherwise this action will be dismissed; and

(4)    The Clerk is directed to send copies of this Order to counsel for Plaintiff and any other party that has appeared in this action.

DATED this 17th day of December, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1