# United States District Court

## WESTERN DISTRICT OF WASHINGTON

E.J. CROWELL

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5575FDB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The ALJ erred in his decision as described in the Report and Recommendation; and

The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

___January 21, 2009___
Date

___BRUCE RIFKIN___
Clerk

___s/CM Gonzalez___
Deputy Clerk